BYRNE J. DECKER (SBN 337052)
BDecker@maynardnexsen.com
**MAYNARD NEXSEN PC**
41 Hutchins Drive, Building 3
Portland, ME 04102
Telephone: 207.835.4029

JENNY H. WANG (SBN 191643)
Jwang@maynardnexsen.com
**MAYNARD NEXSEN LLP**
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4500

Attorneys for Defendant
Unum Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LUIS FLORES,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: 3:26-cv-05335-DMS-DDL<br><br>**NOTICE OF APPEARANCE OF JENNY H. WANG** |

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE of the appearance of Jenny H. Wang (CA SBN 191643) of Maynard Nexsen LLP, as counsel of record for Defendant Unum Life Insurance Company of America. Ms. Wang's information is as follows:

JENNY H. WANG (SBN 191643)
Jwang@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: (310) 596-4500

Dated: September 25, 2026 MAYNARD NEXSEN LLP

By: */s/ Jenny H. Wang*
BYRNE J. DECKER
JENNY H. WANG
Attorneys for Defendant
Unum Life Insurance Company of America