JENNY H. WANG (SBN 191643)
jwang@maynardnexsen.com
MAYNARD NEXSEN LLP
2121 Avenue of the Stars, Suite 650
Los Angeles, CA 90067
Telephone: 310.596.4500

CHARAN M. HIGBEE (CA SBN 148293)
chigbee@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646.4681

Attorneys for Defendant
Unum Life Insurance Company of America

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

LUISA FLORES,

Plaintiff,

vs.

UNUM LIFE INSURANCE COMPANY OF AMERICA,

Defendant.

Case No.: 3:26-cv-05335-DMS-DDL

**NOTICE OF APPEARANCE OF CHARAN M. HIGBEE**

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE of the appearance of Charan M. Higbee (CA SBN 148293) of Maynard Nexsen LLP, as counsel of record for Defendant Unum Life Insurance Company of America. Ms. Higbee's information is as follows:

CHARAN M. HIGBEE (SBN 148293)
chigbee@maynardnexsen.com
MAYNARD NEXSEN LLP
201 California Street, Suite 400
San Francisco, CA 94111
Telephone: 415.646.4681

Dated: October 16, 2026

MAYNARD NEXSEN LLP

By: */s/ Charan M. Higbee*
CHARAN M. HIGBEE
Attorneys for Defendant
Unum Life Insurance Company of America